UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROZ HAMPTON

    Plaintiff,

v.

WAL-MART STORES, INC., a foreign Corp., individually and d/b/a WAL-MART STORE,

WAL-MART STORES EAST, LIMITED PARTNERSHIP, a foreign Limited partnership, individually and d/b/a WAL-MART STORE,

WAL-MART REAL ESTATE BUSINESS TRUST, a Foreign Trust,

    Defendants.

USDC Case No. 19-cv-10418
Hon: Stephanie Dawkins Davis

---

Brian L. Fantich (P60935)
Carra J. Stoller (P64540)
Adam J. Gantz (P58558)
LAW OFFICE OF KELMAN
 & FANTICH
Attorney for Plaintiff
30903 Northwestern Hwy., Ste. 270
Farmington Hills, MI 48334
(248) 855-0100
Kelmanandassociates@yahoo.com

Richard G. Szymczak (P29230)
Attorney for Defendants
PLUNKETT COONEY
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(810) 342-7007
rszymczak@plunkettcooney.com

---

**STIPULATION OF DISMISSAL**
_____

The parties hereto, by their respective counsel, hereby stipulate and agree to the entry of the attached Order dismissing Plaintiff's action against DEFENDANTS, WAL-MART STORES, INC., WAL-MART STORES EAST, LIMITED PARTNERSHIP, AND WAL-MART REAL ESTATE BUSINESS TRUST, with prejudice and without costs, interest or attorney fees to any party.

| | |
|---|---|
| LAW OFFICE OF KELMAN & FANTICH | PLUNKETT COONEY |
| By: */s/ Brian L. Fantich*<br>    Brian L. Fantich (P60935)<br>    Attorney for Plaintiff | By: */s/ Richard G. Szymczak*<br>    Richard G. Szymczak (P29230)<br>    Attorney for Defendants |

Dated:  April 15, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROZ HAMPTON

    Plaintiff,

v.

WAL-MART STORES, INC., a foreign Corp., individually and d/b/a WAL-MART STORE,

WAL-MART STORES EAST, LIMITED PARTNERSHIP, a foreign Limited partnership, individually and d/b/a WAL-MART STORE,

WAL-MART REAL ESTATE BUSINESS TRUST, a Foreign Trust,

    Defendants.

USDC Case No. 19-cv-10418
Hon: Stephanie Dawkins Davis

---

Brian L. Fantich (P60935)
Carra J. Stoller (P64540)
Adam J. Gantz (P58558)
LAW OFFICE OF KELMAN
 & FANTICH
Attorney for Plaintiff
30903 Northwestern Hwy., Ste. 270
Farmington Hills, MI 48334
(248) 855-0100
Kelmanandassociates@yahoo.com

Richard G. Szymczak (P29230)
Attorney for Defendants
PLUNKETT COONEY
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(810) 342-7007
rszymczak@plunkettcooney.com

---

**ORDER OF DISMISSAL**
_____

Upon the reading and filing of the foregoing stipulation of the parties; and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that DEFENDANTS, WAL-MART STORES, INC., WAL-MART STORES EAST, LIMITED PARTNERSHIP, AND WAL-MART REAL ESTATE BUSINESS TRUST, are hereby dismissed from this matter, with prejudice and without costs, interests or attorney fees to either party.

This is a final order and resolves the last pending claims in this matter and closes the case.

Date: April 15, 2020                    s/Stephanie Dawkins Davis
                                        Hon. Stephanie Dawkins Davis
                                        United States District Judge

Open.13046.90413.23682446-1